UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

EDDIE RODRIGUEZ,

    Plaintiff,

v.                                            CASE NO.: 3:21-cv-00241-REP

CAMPOFRIO FOOD GROUP-
AMERICA, INC.,

    Defendant.                    /

## JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE

        COMES NOW the Plaintiff, EDDIE RODRIGUEZ, and Defendant, CAMPOFRIO FOOD GROUP-AMERICA, INC., by and through their undersigned counsel, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, and files this Joint Stipulation of Dismissal With Prejudice, with each party responsible for its own attorneys' fees and costs. The parties were able to reach a mutually agreeable settlement during mediation with Magistrate Hanes on July 26, 2021. The Court shall retain jurisdiction for the purpose of enforcing settlement, if necessary.

        Dated this 23rd day of August, 2021.

| | |
|---|---|
| / s / MARK D. DIX<br>Mark D. Dix, Esquire (VSB #42718)<br>Commonwealth Law Group, PLLC<br>3311 West Broad Street<br>Richmond, Virginia 23230<br>Telephone: (804) 999-9999<br>Facsimile: (866) 238-6415<br>Email: mdix@hurtinva.com | / s / JOON HWANG<br>Joon Hwang, Esquire (VSB #82248)<br>Littler Mendelson, PC<br>1650 Tysons Boulevard, Suite 700<br>Tysons Corner, Virginia 22102<br>Telephone: (703) 422-8425<br>Facsimile: (703) 442-8428<br>Email: jhwang@littler.com<br>*COUNSEL FOR DEFENDANT* |

/ s / MATTHEW GUNTER
Matthew Gunter, Esquire (*Pro Hac Vice*)
FLBN: 0077459
Morgan & Morgan, PA
20 N. Orange Avenue, Suite 1600
P.O. Box 4979
Orlando, Florida 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: MGunter@forthepeople.com
*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of August 2021, I filed the original of the foregoing Joint Stipulation of Dismissal with Prejudice using the Court's CM/ECF filing system, which will send an electronic copy and Notice of Electronic Filing ("NEF") to the following:

Joon Hwang, Esquire (VSB #82248)
Littler Mendelson, PC
1650 Tysons Boulevard, Suite 700
Tysons Corner, Virginia 22102
Telephone: (703) 422-8425
Facsimile: (703) 442-8428
Email: jhwang@littler.com
*COUNSEL FOR DEFENDANT*

                      / s / MARK D. DIX
                      Mark D. Dix, Esquire (VSB #42718)
                      Commonwealth Law Group, PLLC
                      3311 West Broad Street
                      Richmond, Virginia 23230
                      Telephone: (804) 999-9999
                      Facsimile: (866) 238-6415
                      Email: mdix@hurtinva.com